IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

BONNIE BALDERRAMA AND BONNIE L. BALDERRAMA, and other similarly situated individuals

        Plaintiffs,

v.

HIGHGATE HOTELS LP a/k/a YVE HOTEL MIAMI.

        Defendant.

Case No. 1:22-cv-23256-JEM

## JOINT NOTICE OF SETTLEMENT

Defendant Highgate Hotels LP a/k/a Yve Hotel Miami ("Defendant"), and Plaintiffs Bonnie Balderrama and Bonnie L. Balderrama (individually "Plaintiffs" and together with Defendant, the "Parties"), hereby inform the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter. The Parties anticipate that a Joint Motion for Approval of a Fair Labor Standards Act Settlement and Proposed Order approving the Settlement and dismissing the matter with prejudice will be filed in the next fourteen (14) days. The Parties respectfully request that the Court vacate any and all pending deadlines and stay the case pending the filing of a Joint Motion for Approval.

DATE: December 2, 2022                       Respectfully submitted,

| **MARK MIGDAL & HAYDEN** | **ZANDRO E. PALMA, P.A.** |
|---|---|
| 80 S.W. 8th Street, Suite 1999 | 9100 S. Dadeland Blvd. Suite 1500 |
| Miami, Florida 33130 | Miami, FL 33156 |
| Telephone: (305) 374-0440 | Telephone: (305) 446-1500 |
| | |
| By: *s/ Etan Mark* | By: *s/ Zandro E. Palma* |
| Etan Mark, Esq. | Zandro E. Palma, Esq. |
| Florida Bar No. 720852 | Florida Bar No.: 0024031 |
| Etan@markmigdal.com | zep@thepalmalawgroup.com |
| eservice@markmigdal.com | *Attorney for Plaintiffs* |
| *Attorney for Defendant* | |

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document (including any attached exhibits and documents) electronically on the Court's CM/ECF docket on December 2, 2022, which served same electronically upon all counsel of record.

                                              */s/ Etan Mark*
                                              Etan Mark, Esq.
                                              Florida Bar No. 720852

4884-2155-6545, v. 2