UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-23256-CIV-MARTINEZ

BONNIE BALDERRAMA and
BONNIE L. BALDERRAMA,

    Plaintiffs,

v.

HIGHGATE HOTELS LP.
a/k/a YVE HOTEL MIAMI.,

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** came before this Court on the Parties' Joint Motion for Order Approving Settlement and for Dismissal with Prejudice (the "Motion"). (ECF No. 14). The Parties have, contemporaneously with the Motion, filed a copy of a settlement agreement (the "Settlement Agreement") for this Court's review. (ECF No. 14-1.) After careful consideration of the Settlement Agreement, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), this Court finds that the Settlement Agreement represents a fair and reasonable resolution of a bona fide FLSA dispute.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Motion, (ECF No. 14), is **GRANTED**.
2. The Settlement Agreement, (ECF No. 14-1), is **APPROVED**.
3. This action is **DISMISSED WITH PREJUDICE**.
4. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY** all pending motions as **MOOT**. This Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5 day of January, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record